# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JULIE GRAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and THE BOY SCOUTS OF AMERICA LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. 5:17-cv-01778-JGB-KK<br><br>(Honorable Jesus G. Bernal)<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Discovery C/O:　October 13, 2018<br>Motion C/O:　　October 8, 2018<br>Trial:　　　　　January 14, 2019<br><br>Complaint Filed:　September 1, 2017 |

**HINSHAW & CULBERTSON LLP**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

302578679v1 1002419

## [PROPOSED] ORDER

Having reviewed the Parties' Stipulated Protective Order, and FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the Parties' Stipulation is the Order of the Court.

**IT IS SO ORDERED.**

DATED: 10/1/18      _____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE