MARTIN E. ROSEN (SBN CA 108998)
mrosen@hinshawlaw.com
MISTY A. MURRAY (SBN CA 196870)
mmurray@hinshawlaw.com
CHAKAMEH GANJI (SBN CA 311720)
cganji@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendants
Unum Life Insurance Company of America
and The Boy Scouts of America Long Term
Disability Plan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JULIE GRAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and THE BOY SCOUTS OF AMERICA LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. 5:17-cv-01778-JGB-KK<br><br>(Honorable Jesus G. Bernal)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)]<br><br>[Filed concurrently with [Proposed] Order]<br><br>Complaint Filed: September 1, 2017 |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure Rule 41(a), and following the settlement of this matter, Plaintiff Julie Gray and Defendants Unum Life Insurance Company of America and The Boy Scouts of America Long Term Disability Plan, by and through their respective attorneys of record, hereby stipulate that this entire action shall be dismissed with prejudice. The parties further stipulate that each party shall bear her or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: December 18, 2018            HINSHAW & CULBERTSON LLP

By: */s/ Misty A. Murray*
MARTIN E. ROSEN
MISTY A. MURRAY
CHAKAMEH GANJI
Attorneys for Defendants
Unum Life Insurance Company of America and The Boy Scouts of America Long Term Disability Plan

DATED: December 18, 2018            KANTOR & KANTOR LLP

By: */s/ Corinne Chandler*
GLENN R. KANTOR
CORINNE CHANDLER
MITCHELL O. HEFTER
Attorneys for Plaintiff
Julie Gray

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Misty A. Murray hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*