# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JULIE GRAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and THE BOY SCOUTS OF AMERICA LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. 5:17-cv-01778-JGB-KK<br><br>(Honorable Jesus G. Bernal)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)]<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:　September 1, 2017 |

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: <u>December 19, 2018</u>

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE